IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANET B. FLOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-0534-P-C |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

In accordance with this court's Order entered this date, it is ORDERED, ADJUDGED and DECREED, that plaintiff be and is hereby awarded an attorney's fee in the amount of $2,187.50 under the Equal Access to Justice Act, 28 U.S.C. § 2412, representing compensation for 17.5 hours of service by counsel of record, Rose A. McPhillips, at the prevailing market rate of $125.00 per hour (17.5 hrs. x $125.00 per hr. = $2,187.50).

DONE the 17th day of October, 2005.

      S/Virgil Pittman
      SENIOR UNITED STATES DISTRICT JUDGE